UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

KENNETH MELETTE,                                    Docket No. 1:26-cv-01548-VF

        Plaintiff,

   - against –

COMMISSIONER OF THE

SOCIAL SECURITY ADMINISTRATION,

        Defendant.
--------------------------------------------------------------x

## ORDER

**WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief; It is hereby

**ORDERED** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by July 26, 2026. Defendant's Brief is due September 24, 2026, and Plaintiff's Reply Brief is due October 8, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

                        **SO ORDERED**

Dated: May 28, 2026

                        _____

                        VALERIE FIGUEREDO
                        United States Magistrate Judge